Matter of Thomsen (2025 NY Slip Op 06585)

Matter of Thomsen

2025 NY Slip Op 06585

Decided on November 26, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:November 26, 2025

PM-273-25
[*1]In the Matter of Jens Nuernberger Thomsen, an Attorney. (Attorney Registration No. 5767306.)

Calendar Date:November 24, 2025

Before:Garry, P.J., Ceresia, Fisher, McShan and Mackey, JJ.

Jens Nuernberger Thomsen, Ann Arbor, Michigan, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Jens Nuernberger Thomsen was admitted to practice by this Court in 2020 and lists a business address in Northville, Michigan with the Office of Court Administration. Thomsen now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Thomsen's application.
Upon reading Thomsen's affidavit sworn to September 23, 2025 and filed September 29, 2025, and upon reading the November 19, 2025 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Thomsen is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.

Garry, P.J., Ceresia, Fisher, McShan and Mackey, JJ., concur.
ORDERED that Jens Nuernberger Thomsen's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Jens Nuernberger Thomsen's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Jens Nuernberger Thomsen is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Thomsen is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Jens Nuernberger Thomsen shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.